THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Charles Todd Randall, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2005-UP-052   
Submitted October 1, 2004  Filed January 20, 2005 

AFFIRMED

 
 
 
Tara  Dawn Shurling, of Columbia, for Appellant.
Attorney General Henry Dargan  McMaster, Chief Deputy Attorney General John 
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant 
 Attorney General W. Rutledge Martin, all of Columbia; and Solicitor Thomas E. 
 Pope, of York, for Respondent.
 
 
 

PER CURIAM: Charles Todd Randall appeals his conviction for possession 
 of crack cocaine.  Randall argues that police officers violated the Fourth Amendment 
 prohibition against unreasonable searches and seizures when they searched his 
 mouth.  We affirm [1] pursuant 
 to Rule 220(b), SCACR and the following authorities: State v. Wannamaker, 
 346 S.C. 495, 499, 552 S.E.2d 284, 286 (2001) (explaining that a ruling in 
 limine is not final, and an objection must be made at the time the evidence 
 is offered and a final ruling procured in order to preserve the issue for review); 
 Samples v. Mitchell, 329 S.C. 105, 108, 495 S.E.2d 213, 215 (Ct. App. 
 1997) (Making a motion in limine to exclude evidence . . . does not 
 preserve an issue for review because a motion in limine is not a final 
 determination.  The moving party, therefore, must make a contemporaneous objection 
 when the evidence is introduced.).
AFFIRMED.
HEARN, C.J. and HUFF and KITTREDGE, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.